# Racial Inequality In Promotional Opportunities In Employment with City of Kansas City, Missouri

## Opening Statement:

Have been employed with City of Kansas City, Missouri for nearly 21 years. During my tenure here, I have made many business contacts, and met many friends. It is very unfortunate that during most of this period, I have experienced systemic racism on both a regular basis, and in promotional opportunities. On following pages, you will see a history of past events and situations that indicate a pattern of racial, age, religious, color, and disability discrimination by upper management and some fellow co-workers.

RECEIVED 2022 NOV -2 PM 1:08

## Special Note:

Please note each of the events contained within this document are true and have occurred to the best of my knowledge. Some of the dates of occurrences in timeline might be slightly different.

## TimeLine of Events (Nearly 21 years):

- **1999** -Begin career with City of Kansas City, Missouri.
    (Contract Employee) Regular Duties -Plan Review in Office.

- **2000** -Official Hire -Engineering Technician III.
    (Permanent Employee) Regular Duties -Plan Review in Office.

- **2001** -Good Employee Annual Review.
    (Late evenings still work office)

- **2002** -Good Employee Annual Review.
    (Late evenings still work office)

- **2003** -Good Employee Annual Review.
    (Late evenings still work office)

- **2004** -Good Employee Annual Review.
    (Late evenings still work office)

- **2005** -Good Employee Annual Review.
    (Late evenings still work office)

- **2006** -Good Employee Annual Review.
    (Late evenings still work office)
    Title Changed -Engineering Technician Lead.
    Duties Changed -Field Inspections.
    Requested Additional Work Responsibilities.
    Requested Upgrade to Senior and Principal Tech (Submitted Pdq).
    Told by Upper Management to Wait -Submit with Other Workers in Group.
    Other Workers in Group did not Submit Documents.

- **2007** -Good Employee Annual Review.
    (Late evenings still work office)
- **2008** -Good Employee Annual Review.
    (Late evenings still work office)
    Garett Ross (White Co -worker)
    Is Promoted -Principal Technician
    Citizen Compliments on Snow Removal.
    Request Additional Work Responsibilities.
    Request Position Upgrade to Principal Technician.
    Told by Upper Management "you are getting there."

- **2009** -Good Employee Annual Review.
    (Late evenings still work office)
    Citizen Compliments on Snow Removal.
    Request Additional Work Responsibilities.
    Request Position Upgrade to Principal Technician.
    Told by Upper Management "you are getting there."

- **2010** -Good Employee Annual Review.
    (Late evenings still work office)
    Citizen Compliments on Snow Removal.
    Request Promotion to Principal Technician.
    Told by Upper Management "you are getting there."

- **2011** -Good Employee Annual Review.
    (Late evenings still work office)
    Citizen Compliments on Snow Removal.
    Chris Lockey -Canadian Citizen (White Co -worker)
    Also, in Traffic Operations (same building)
    Is Promoted -Principal Technician
    I Again, Request Promotion to Principal Technician
    Told by Upper Management "you are getting there."

- **2012** -Good Employee Annual Review.
    (Late evenings still work office)
    Citizen Compliments on Snow Removal.
    David Buchanan -Canadian Citizen (White Co -worker)
    Also, in Traffic Operations (same building)
    Is Promoted -Principal Technician
    I Again, Request Promotion to Principal Technician Told by
      Upper Management "you are getting there."

- **2013** -Good Employee Annual Review.
    (Late evenings still work office)
    Citizen Compliments on Snow Removal.
    I Again, Request Promotion to Principal Technician Told by
      Upper Management "you are getting there."

- **2014** -Good Employee Annual Review.
    (Late evenings still work office)
    Citizen Compliments on Snow Removal.
    I Again, Request Promotion to Principal Technician Told by
      Upper Management "you are getting there."

- **2015** -Good Employee Annual Review.
    (Late evenings still work office)
    Citizen Compliments on Snow Removal.
    Kansas City's Human Resources Department Introduces
    New Program process for Promotional Opportunities called
    Workforce Advancement Management (WAM).
    Request Promotion to Principal Technician by WAM Process.
    Upper Management requested work from me to qualify. Begin to
    help implement Cartegraph Program for our mapping system,
    then they changed their minds. Told by Upper Management "you
    are getting there."

- **2016** -Good Employee Annual Review.
    (Late evenings still work office)
    Citizen Compliments on Snow Removal.
    Chris Lockey -Canadian Citizen (White Co -worker)
    Also, in Traffic Operations (same building)
    Is Promoted -Emergency Management
    Submitted Offer to Upper Management Run Snow Program
    (If given promotion to Principal Technician)
    (Chris Lockey Formally Ran Snow Program, prior to His Promotion)
    Upper Management Never Answered or Acknowledged My Offer
    Dave Buchanan (White Co -worker) Is Chosen
    I applied General Supervisor -Public Works (District 3)
    Someone Else Is Chosen
    I Again Request Promotion to Principal Technician
    Told by Upper Management "you are getting there."

- **2017** -Good Employee Annual Review.
    (Late evenings still work office)
    Citizen Compliments on Snow Removal.
    Sara Hurst (White Co-worker)
    Also, in Traffic Operations (my section)
    Is Promoted -Principal Technician by WAM Process.
    Kenneth Kerr (White Co-worker)
    Is Promoted -Senior Technician by WAM Process.
    Also, in Traffic Operations (my section)
    Request Promotion to Principal Technician by WAM
    Told by Upper Management "you are getting there."

- **2018** -Good Employee Annual Review.
    (Late evenings still work office)
    Citizen Compliments on Snow Removal.
    Bryan Carter (White Co-worker) -New Employee.
    Also, in Traffic Operations (my section) Is
    Promoted -Principal Technician.
    I applied Customer Service Manager -Aviation Department
      Someone Else Is Chosen
    I applied Principal Technician -Public Works (Capital Projects in Sidewalks)
    Dave Buchanan (White Co-worker is chosen)
    Request Promotion to Principal Technician by WAM
    Told by Upper Management "you are getting there."

- **2019** -Good Employee Annual Review.
    (Late evenings still work office)
    Citizen Compliments on Snow Removal.
    Kenneth Kerr (White Co-worker)
    Recently Promoted -Senior Technician
    Is Terminated.
    Garret Ross (White Former Co-worker)
    Again Promoted -Area Superintendent, Public Works
    Request Promotion to Principal Technician by WAM.
    Told by Upper Management "you are getting there."

- **2020** -Good Employee Annual Review (In April). (Late evenings still work office)
    Citizen Compliments on Snow Removal.
    Covid 19 Virus Begins (In March).
    Applied Also to Parks Department -General Supervisor
    Someone Else Is Chosen
    Request Promotion to Principal Technician
    Did Necessary Paperwork that demonstrated
    "Above and Beyond" Work Ethic Including Additional Projects
    (that more than qualifies and meets requirements for promotion)
    Told by Upper Management "you are getting there."

- **2021** -Good Employee Annual Review (In April).
    Citizen Compliments on Snow Removal.
    Indicated to Upper Management
    Interest in Promotion to Area Superintendent (Public Works
    Traffic Operations).

- **2022** -**Received First "Exceeds Expectations" Annual Review (In April).**
    Citizen Compliments on Snow Removal.
    Indicated to Upper Management
    Interest in Promotion to Area Superintendent (Public Works
    Traffic Operations).

    **Applied Position of Area Superintendent (Public Works) -Turned Down by Human Resources** -Lack of
    Supervisory Experience because of Upper Managements failure to promote me years previous.

    **Applied Position of Environmental Supervisor (Water Services) - Turned Down by Human Resources** -Lack of Supervisory Experience because of Upper Managements failure to promote me years previous.

    **Octavio Moncada (Latino Co -worker)**
    **Is Promoted -Senior Technician (In September)**
    Less than four years' experience and time with City.

    **I remain only Non -Engineer in Streetlight Section -No Promotion.**

-I am possibly the most educated African -American male in Public Works With the lowest employment position.

-Have training in Structural and Acoustical Design, also Includes Civil and Environmental Engineering. Have requested Upper Management for several years to allow me to use my highly skilled technical training to benefit our city projects, they have never done so.

-For previous 15 to 20 years, I have repeated asked Upper Management what additional duties and task can be performed to benefit our Department and prepare me be promotable.

-Several years previous, KCMO Human Resources created a workforce initiative program (WAM) to promote deserving individuals. I have requested to be included in this program many years, and turned down, while fellow white co – workers we immediately accepted and soon promoted much higher positions and increase salary.

-From 15 to 20 years of inequality and abuse by Upper Management, - Have decided it is time to file Federal Compliant.

## Requested Actions

1. **Immediate Promotion -Area Superintendent**

2. **Back Payments-Fifteen Years (15)** differential compensation -Actual Damages.
   (Current Position to Area Superintendent)

3. **Official Apology from Public Department Upper Management** -on allowing discriminatory behavior to exist within    our department.

4. 1.4 Million Dollars in Punitive Damages (Physical and Emotional Pain and Suffering has caused me several health issues.

5. **Participation in creation of new programs** -that assist people of color in gaining well deserved promotional opportunities.

## Final Note

I came to the City of Kansa City, Missouri nearly 21 years ago. James Lee P.E. hired me formerly Director of KCMO Transportation Department. I believe he saw in me a valuable and hardworking young man, I am very thankful, he gave
me a chance.

On during my early tenure here with the city, I was excited and filled with joy my work, and growing in and using my talents and training in becoming a more asset here with the city and moving into upper management. This includes returning to school and finishing my Master's Degree.

It is with sadness and regret, that during the past 15 years of my tenure here at the city, has been filled with discriminatory and unfair attitudes and actions in promotional opportunities toward African -American and other People of Color. I have seen us "Held Back" while fellow counterpart and many White Co - workers are promoted once, and in some instances, twice to even higher positions.

It is my Hope and Prayer that You our Human Resource Representatives would launch and conclude your investigation into this matter relatively quickly, so I can begin to use my leadership skills and professional talents to be a benefit of service to Our City.


Thank you,

David E. Sims

# Above and Beyond

Is a reference term in which additional assignments and work are taken on in addition to normal daily required tasks and responsibilities. These include, but are not limited to:

- Long standing member American Public Works Association (APWA) -20 Years.
- Public Works Equip Groups (No longer do exist).
- KCMO Fountain Pen -Have written on previous articles.
- Career and Leadership Development (Program Graduate).
- American Public Works Association Right -of -way Committee -15 Years.
- KCMO Vehicular Accident Committee - Asked to Serve by Rachelle Cornelis.
- American Public Works Association K -12 Committee -5 years.
- Involved Development of Cartegraph Asset Program (met with Metro Area Officials).
- Citizen and Community Neighborhood Meetings -Late Evening.
- Regular Volunteer -Various Public Works Events.
- In to on Work Earlier (most days).
- Works Late in Evenings (most days).

Closing Note:

Please keep me informed of the arbitration process and request of additional information. As long-standing member of Local 500, like to have a representative and perhaps legal counsel present.

Thank You,

David E. Sims