# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

DAVID SIMS,                                    )
                                               )
        Plaintiff(s),                        )
                                               )
    vs.                                      )  Case No. 22-00717-CV-W-HFS
                                               )
CITY OF KANSAS CITY, MISSOURI,                 )
                                               )
        Defendant(s).                        )
                                               )

___     Jury Verdict.    This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

_X_     Decision by Court.   This action came before the Court.   The issues have been determined and a decision has been rendered.


**IT IS HEREBY ORDERED** that

Defendant's motion to quash plaintiff's complaint is GRANTED.   It is further


**ORDERED** that

Plaintiff's motion to move case forward is DENIED AS MOOT.



    __March 24, 2023_____          __Paige Wymore-Wynn_____
Date                                 Clerk


Entered on   __March 24, 2023_____        ___/s/ Christy Anderson_____
                                        (By) Deputy Clerk